**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **FLOYD WHITE and HYLIN WHITE, individually and for the benefits of E.W., a minor child under the age of 18,** ) ) ) | **No.: 1:24-CV-00094** |
| ) | |
| **Plaintiffs,** ) | **JURY DEMANDED** |
| **v.** ) | |
| ) | **Chief Judge: William L. Campbell, Jr** |
| **WAYFAIR, INC., HANDY TECHNOLOGIES, INC., and ANGI, INC.,** ) ) ) | **Magistrate Judge: Barbara D. Holmes** |
| **Defendants.** ) | |
| ) | |

**NOTICE OF FILING**

Previously, counsel for Wayfair filed the motion for the pro hac vice admission of John McDonough in this case. A Certificate of Good Standing was provided from the applicable state court; however, this court provided notice that a Certificate of Good Standing from the United States District Court or Appellate Court must be filed as a part of the motion for pro hac vice within the next 10 days. Attached to this Notice is the Certificate of Good Standing of John McDonough from the United States District Court for the Southern District of New York.

**RESPECTFULLY SUBMITTED,**

**LEWIS THOMASON, PC.**

*/s/John R. Tarpley*

JOHN R. TARPLEY, (BPR # 009661)
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
Nashville, TN  37219
e-mail: jtarpley@lewisthomason.com
direct line:  (615) 259-1395

*Attorneys for Defendant Wayfair, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of February 2025, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Tony Seaton, Esq.
Garza Law Firm
118 East Watauga Avenue
Johnson City, TN 37601
423-282-1041
Fax: 423-282-0967
Email: tseaton@garzalaw.com

John J. McDonough, Esq.
59 Maiden Lane
New York, NY 10038
(212) 331-9450
Email: jmcdonough@londonfischer.com

/s/ John R. Tarpley
John R. Tarpley