**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

Floyd White, et al.                 )
                                       )
      **Plaintiffs**            )
                                       )
v.                              )        **Case No.: 1:24-cv-00094**
                                       )
Wayfair, Inc., et al.           )        **Chief Judge William L. Campbell, Jr.**
                                       )
      **Defendants**        )        **Magistrate Judge Barbara D. Holmes**
                                       )

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS HANDY TECHNOLOGIES, INC. AND ANGI, INC.**

Comes now the Plaintiffs, by and through undersigned counsel, and hereby voluntary dismiss their claims against Defendants Handy Technologies, Inc. and Angi, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. To date, these defendants have not filed an Answer.

Wherefore, the plaintiffs respectfully requests that this Honorable Court enter an Order dismissing the plaintiffs' claims against Defendants Handy Technologies, Inc. and Angi, Inc. without prejudice.

Respectfully submitted,

*/s/ Tony Seaton*
Tony Seaton, BPR #7279
Law Office
139 Shady Lane
Johnson City, Tennessee 37601
Phone: (423) 612-1987
Email: tseatonlaw@gmail.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The plaintiffs hereby certify that on the 20th day of February, 2025, a copy of the

foregoing was filed electronically using the Court's ECF system. Notice of this filing will be

sent by operation of the Court's electronic filing system to all parties indicated on the electronic

filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this

filing through the Court's electronic filing system.

John R. Tarpley, Esq.
Lewis Thomason, P.C.
424 Church Street, Suite 2500
Nashville, Tennessee. 37219
Phone: (615) 259-1366
Email: jtarpley@lewisthomason.com
*Attorney for Defendant Wayfair, Inc.*

John McDonough, Esq.
London Fischer, LLP
59 Maiden Lane
New York, N.Y. 10038
Phone: (212) 331-9450
Email: jmcdonough@londonfischer.com
*Attorney for Defendant Wayfair, Inc.*

*/s/ Tony Seaton*
Attorney for Plaintiffs

2