IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

FLOYD WHITE, et al.                                ,
          Plaintiff(s),

v.                                          Case No. 1:24-CV-00094

WAYFAIR, INC., et al.                              ,
          Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02,  Defendant Supreme Final Mile, Inc. makes the
following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required
information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in
_____ and with a principal place of business in _____.

☒ This party is a privately held corporation, incorporated in __Texas_____ and
with a principal place of business in ___Texas_____.

☐ This party has parent corporations

> If yes, identify **on attached page(s)** all parent corporations, including
> grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held
corporation or other publicly held entity.

> If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 03/21/2025　　Signature: */s/ Sarah B. Miller*

Printed Name: Sarah B. Miller

Title: Counsel for Defendant Supreme Final Mile, Inc.

**<u>CERTIFICATE OF SERVICE</u>**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

## CERTIFICATE OF SERVICE

I certify that on March 21, 2025, the foregoing was filed electronically with the Clerk of Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, which includes the following:

Thomas Jackson Smith
Tony Seaton
Garza Law Firm
118 East Watauga Avenue
Johnson City, TN 37601
tsmith@garzalaw.com
tseaton@garzalaw.com

John Roy Tarpley
Lewis, Thomason, King, Krieg &
Waldrop, P.C.
424 Church Street
Suite 2500
P.O. Box 198615
Nashville, TN 37219
jtarpley@lewisthomason.com

John J. McDonough
London Fischer, LLP
59 Maiden Lane
New York, NY 10038
jmcdonough@londonfischer.com

*/s/ Sarah B. Miller*