**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **FLOYD WHITE, individually and for the benefits of E.W., a minor child under the age of 18, et al.,** | ) ) ) | **Case No. 1:24-cv-00094** |
| **v.** | ) ) ) ) | **JUDGE CAMPBELL** **MAGISTRATE JUDGE HOLMES** |
| **WAYFAIR, INC., et al.,** | ) | |

## ORDER

On May 26, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 102) recommending that the claims asserted by Defendant Supreme Final Mile, Inc. against third-party Defendant BNR Transportation, LLC, be dismissed without prejudice under Fed. R. Civ. P. 4(m). The Report and Recommendation advised the parties that any objections must be filed within 14 days of service. No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 102) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, the claims asserted by Defendant Supreme Final Mile, Inc., against third-party Defendant BNR Transportation, LLC, are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate BNR Transportation, LLC as a third-party defendant.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE